**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                                              Chapter 13

Deborah Hepp                                        No.   11-18797

                   Debtor                                   Hon.  Donald R. Cassling

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

    PLEASE TAKE NOTICE that on June 6, 2014, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

                                                  _____/s/ Meredith S. Fox_____

**Certificate of Service**

    The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Karolina L Hollingsworth and Glenn B. Stearns on June 6, 2014.

                                                  _____/s/ Meredith S. Fox_____

Meredith S. Fox - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Deborah Hepp
1313 South Rebecca Road, APT# 221
Lombard, IL 60148

Glenn B. Stearns
801 Warrenville Road
Lisle, IL 60532

Karolina L Hollingsworth
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603